**No. 58201.**—Basil C. Rodes *v.* United States, protest 209423–K (New York).

Opinion by JOHNSON, J.  At the trial, the plaintiff testified that he had caused the shipper to pack 85 pounds per barrel, rather than 100 pounds, and to fill the barrels up with certain specified percentages of brine.  Documents were admitted in evidence to substantiate the testimony.  However, according to the provision under which assessment was made, duty is directed to be taken upon the basis of the gallon.  According to the gauger, the official return of quantity was 539 gallons of olives, upon which the assessment of duty was made.  In view. of the fact that the evidence failed to establish that a lesser gallonage was imported than that returned in the official gauge of quantity, the action of the collector was held to be presumptively correct.  The protest was therefore overruled.

**No. 58202.**—Andree Fabrics *v.* United States, protest 204985–K (New York).

Opinion by JOHNSON, J.  The importer contended that the weights listed on the invoice included tubes and wrapping paper, besides the rayon.  However, he was unable to submit any proof of such contention, because he had returned the goods to England and had not weighed the merchandise when it was imported. The importer's attention was called to the fact that the examiner, in reporting to the collector concerning the invoice weights, had stated in a memorandum accompanying the invoice that the weights noted thereon were "net net weights," as found at the time of examination.  The importer, however, stated that the examiner just put "net" down too often and that it was not "net, net."  The examiner testified that tare is deducted as accurately as possible, but on this particular shipment nothing had to be deducted from the weight because the invoice weight represented the dutiable weight.  In view of the fact that the only evidence before the court was that given by the examiner, who reported what was found by his office, the court was constrained to overrule the protest.

**No. 58203.**—American Mail Lines, Ltd. *v.* United States, protest 170131–K (Portland, Oreg.).

Opinion by JOHNSON, J.  It appearing from the official papers that the protest was not filed within the 60-day period required by section 514, Tariff Act of 1930, the protest was dismissed